**MAURICE WUTSCHER LLP**
PATRICK R. TIRA (SBN 253259)
PATRICK J. KANE (SBN 273103)
501 WEST BROADWAY, SUITE 800
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (858) 381-7860
FACSIMILE: (866) 581-9302
E-MAIL: PKANE@MAURICEWUTSCHER.COM

*Attorneys for Defendant,*
*Credit Control, LLC*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMOND NARD,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT CONTROL, LLC,<br><br>    Defendants. | Case No.: **'17CV1532 WQHBLM**<br><br>[San Diego County Case No. 37-2017-00350429-SC-SC-CTL]<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331; 1441; 1446 (FEDERAL QUESTION JURISDICTION);** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Defendant Credit Control, LLC ("Credit Control"), by and through its undersigned counsel, hereby removes Romond Nard's ("Plaintiff") Complaint filed in the Superior Court of California, San Diego County, to the United States District Court for the Southern District of California.

In support of its Notice of Removal, Credit Control sets forth the following:

**I.  THE UNDERLYING STATE ACTION**

On or about June 28, 2017, Plaintiff filed a lawsuit captioned *Romond Nard v. Control, LLC,* Case No. 37-2017-00350429-SC-SC-CTL, in the Superior Court of the State of California, County of San Diego (the "State Court Action").

Plaintiff alleges that Credit Control "deliberatively sent an initial letter to an old address, apparently, the letter was sent in January 6, 2017." *See* Ex. A.

Based upon the above allegations, Plaintiff attempts to allege causes of action for: (1) purported violations of the Federal Fair Debt Collection Practices act, 15 U.S.C. § 1692, *et. seq.* ("FDCPA"); and (2) the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 ("RFDCPA").

## II.  PROCEDURAL REQUIREMENTS

Credit Control properly removes the State Court Action to this Court which is pending within this district and division. *See* 28 U.S.C. § 1441; 28 U.S.C. § 84(c)(2).

Credit Control timely removes the State Court Action pursuant to 28 U.S.C. § 1446(b), as Credit Control files this Notice of Removal within thirty days of being served with the Complaint in the State Court Action. *See* Ex. A. Thus, Credit Control's Notice of Removal is timely.

Finally, pursuant to 28 U.S.C. § 1446(a), attached to this Notice of Removal as Exhibit A, is a true and correct copy of the State Court Action's entire file of record. This file of record includes all process, pleadings, and orders served upon Credit Control in this matter.

## III.  FEDERAL QUESTION JURISDICTION

This Court has subject matter jurisdiction over this action based upon federal question jurisdiction as Plaintiff explicitly pleads a purported claim for supposed violations of the FDCPA against Credit Control.

Accordingly, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

## V.  NOTICE TO STATE COURT AND ADVERSE PARTY

Pursuant to 28 U.S.C. § 1446(d), Credit Control will give notice of its removal to the Court in which the State Court Action is currently pending and serve Plaintiff with a copy of this Notice of Removal.

## VI.  NO RELATED CASES PENDING

Credit Control is informed and believes that there are no cases relating to the State Court Action pending in this Court.

Dated:  July 28, 2017                    **MAURICE WUTSCHER LLP,**

By:  /s/ Patrick J. Kane, Esq.
Patrick R. Tira (SBN 253259)
Patrick J. Kane (SBN 273103)
Richard M. Payne (SBN 197525)
501 W. Broadway, Suite 800
San Diego, California 92101
Phone: (858) 381-7860
Fax: (866) 581-9302

*Attorneys for Defendant,*
*Credit Control, LLC*