**MAURICE WUTSCHER LLP**
Patrick R. Tira (SBN 253259)
Patrick J. Kane (SBN 273103)
501 W. Broadway, Suite 800
San Diego, California 92101
Tel. (858) 381-7860
Facsimile: (866) 581-9302
E-mail: pkane@mauricewutscher.com

Attorneys for Defendants *Credit Control, LLC*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMOND NARD,<br><br>  Plaintiff,<br><br>  v.<br><br>CREDIT CONTROL, LLC,<br><br>  Defendants. | Case No.: 3:17-cv-01532-WQH-BLM<br><br>**NOTICE OF SETTLEMENT**<br><br>**Courtroom: 14B**<br>**Honorable William Q. Hayes**<br>**Judge Presiding**<br><br>Filed:  June 28, 2017<br>Trial Date:   TBD |

NOTICE IS HEREBY GIVEN that Defendant, Credit Control, LLC ("Credit Control") and Plaintiff Romond Nard ("Plaintiff") have reached a settlement in the above-captioned matter. Credit Control and Plaintiff anticipate that Plaintiff will file a dismissal with prejudice as to Credit Control within sixty (60) days.

Dated:  September 25, 2017

| | |
|---|---|
| **MAURICE WUTSCHER LLP**, | **ROMOND NARD** |
| By: /s/ Patrick J. Kane<br>Patrick R. Tira (SBN 253259)<br>Patrick J. Kane (SBN 273103)<br>501 W. Broadway, Suite 800<br>San Diego, California 92101<br>thetruckingbrothersllc@yahoo.com<br>Tel. (858) 381-7860<br>Facsimile: (866) 581-9302<br>E-mail: pkane@mauricewutscher.com<br>*Attorneys for Defendant Credit Control, LLC* | By: /s/ Romond Nard<br>Romond Nard<br>10624 S. Eastern Avenue, #593<br>Henderson, Nevada 89052 |

## CERTIFICATION OF APPROVAL OF CONTENT

I, Patrick J. Kane, counsel for Defendant Credit Control, LLC, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Notice of Settlement, and that I have obtained authorization from Plaintiff Romond Nard, for his electronic signature on the Notice of Settlement.

Dated:  September 25, 2017          **MAURICE WUTSCHER LLP**,

By:   /s/ Patrick J. Kane
      Patrick R. Tira (SBN 253259)
      Patrick J. Kane (SBN 273103)
      501 W. Broadway, Suite 800
      San Diego, California 92101
      Tel. (858) 381-7860
      Facsimile: (866) 581-9302
      E-mail: pkane@mauricewutscher.com

      *Attorneys for Defendant*
      *Credit Control, LLC*